# Criminal Case Cover Sheet

**U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | | **Category No.** II | **Investigating Agency** DEA |
| **City** Boston | | | |
| **County** Boston | | | |

**Related Case Information:**
- Superseding Ind./ Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number mj-5085, 5086, 5114, 5115-JGD
- R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____ ☐ Yes ☑ No

## Defendant Information:

- **Defendant Name:** Alcikendi Mejia Mejia
- **Juvenile:** ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:** Edwin Rafael Gandia Cabrera
- **Address:** 5 Intervale Road, Apartment 102, Dorchester, MA
- **Birth date (Yr only):** 1995
- **SSN (last 4#):** _____
- **Sex:** M
- **Race:** _____
- **Nationality:** Dominican

**Defense Counsel if known:** _____ **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information

- **AUSA:** Annapurna Balakrishna
- **Bar Number if applicable:** _____
- **Interpreter:** ☑ Yes ☐ No — List language and/or dialect: _____
- **Victims:** ☐ Yes ☑ No — If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☐ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date:** March 22, 2024

- ☑ Already in Federal Custody as of March 22, 2024 in _____ .
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/2024 **Signature of AUSA:** ANNAPURNA BALAKRISHNA *Digitally signed by ANNAPURNA BALAKRISHNA Date: 2024.03.23 13:40:40 -04'00'*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | |
| Set 2 | 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | |
| Set 3 | 841(a)(1) | Distribution and Possession with Intent to Distribute Controlled Substances | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**